# NO. 12-21-00222-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GAINSCO, INC. D/B/A GAINSCO AUTO INSURANCE COMPANY AND MGA INSURANCE COMPANY, INC., APPELLANTS* | § | *APPEAL FROM THE 124TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *YAZARI CEDILLO-ALVIZO AND VALENTE CEDILLO-LOPEZ, APPELLEES* | § | *GREGG COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellants, GAINSCO, Inc. d/b/a GAINSCO Auto Insurance Company and MGA Insurance Company, Inc., filed an unopposed motion to dismiss this appeal. The motion states that the trial court granted Appellants' motion for new trial, rendering this appeal moot, and that Appellants no longer desire to pursue the appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered December 8, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 8, 2021**

**NO. 12-21-00222-CV**

**GAINSCO, INC. D/B/A GAINSCO AUTO INSURANCE COMPANY AND MGA INSURANCE COMPANY, INC.,**
Appellants
V.
**YAZARI CEDILLO-ALVIZO AND VALENTE CEDILLO-LOPEZ,**
Appellees

Appeal from the 124th District Court

of Gregg County, Texas (Tr.Ct.No. 2021-325-B)

THIS CAUSE came on to be heard on the unopposed motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*